**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON, | )      3:17-cv-00039-MMD-WGC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| SOUTHERN DESERT CORRECTIONAL CENTER, *et al.*, | ) |
| Defendants. | ) |

It has come to the court's attention that this matter is inappropriately proceeding on the docket of the unofficial Northern Division of the U.S. District Court for the District of Nevada. At the time the inmate Plaintiff (Lausteveion Johnson), who is proceeding *pro se*, commenced his action, he was being held at the Nevada Department of Corrections (NDOC) facility in Indian Springs, Nevada, known as High Desert State Prison (HDSP). (ECF No. 1-1- at 1; ECF No. 5.) Inmate Johnson's motion filed on November 28, 2018, reflects he remains an inmate at HSDP. (ECF No. 10.) According to the court's screening order, the events which are the subject of Plaintiff's civil rights complaint occurred at HDSP. (ECF No. 6 at 3.)

LR IA 1-8(a) provides that "in civil actions filed by inmates proceeding pro se, the action must be filed in the unofficial division of the court in which the inmate is held when the complaint or petition is submitted for filing." Therefore, inasmuch as Plaintiff Johnson was being held in an NDOC facility located within the unofficial Southern Division of the court, this matter should have been commenced in and should be proceeding in the court's Southern Division.

///

The Clerk is directed to close the pending matter and re-open the case in the court's Southern Division. The case should be remain assigned to the same District Judge and reassigned to a new Magistrate Judge within the Southern Division.

**IT IS SO ORDERED.**

DATED: February 7, 2019.

_William G. Cobb_
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE