# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No.: 2:19-cv-00232-MMD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 17) |
| JO GENTRY, *et al.*, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to conduct discovery. Docket No. 17. At present, no defendant has appeared in this case, and the deadline to do so has not yet run. *See* Docket. The Court will enter a scheduling order within 30 days of the first defendant's appearance in the case, pursuant to Local Rule 16-1(b). Accordingly, Plaintiff's motion to conduct discovery, Docket No. 17, is **DENIED**.

IT IS SO ORDERED.

Dated: March 15, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1