# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff(s),

v.

JO GENTRY, et al.,

    Defendant(s).

Case No.: 2:19-cv-00232-MMD-NJK

**ORDER**

(Docket No. 27)

Pending before the Court is Defendants' second motion to extend the dispositive-motion deadline 30 days. Docket No. 27. The Court **GRANTS** that request and extends the dispositive-motion deadline to October 16, 2019.

IT IS SO ORDERED.

Dated: September 12, 2019

                                         Nancy J. Koppe
                                         United States Magistrate Judge

1