UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LAUSTEVEION JOHNSON,

Plaintiff,

v.

JO GENTRY, *et al.*,

Defendants.

Case No. 2:19-cv-00232-MMD-NJK

ORDER

Before the Court is Defendants' motion to revoke Plaintiff's *in forma pauperis* ("IFP") status. (ECF No. 29.) The Court has reviewed Plaintiff's response. (ECF No. 30.) For the following reasons, the Court grants Defendants' motion and revokes Plaintiff's IFP status.

Defendants argue that Plaintiff's IFP status should be revoked because Plaintiff has more than $2,100 in his trust accounts as a result of a settlement award he received after he filed his application to proceed *in forma pauperis*. (ECF No. 29 at 3.) Defendants also contend that Plaintiff is not litigating in good faith because he has filed nearly 40 separate suits against staff at the Nevada Department of Corrections ("NDOC"). (*Id.* at 3.)

Plaintiff argues that his IFP status should not be revoked because he has no source of income and only has about $1,000 in his trust accounts. (ECF No. 30 at 3.) Plaintiff also asserts that he has not litigated in bad faith because he has been successful in many of his suits. (*Id.* at 2.)

The Court finds that Plaintiff's IFP status should be revoked because he has become capable of paying the filing. *See* LSR 1-5 ("The court may . . . revoke leave to proceed *in forma pauperis* if the party to whom leave was granted becomes capable of paying the complete filing fee . . . ."). The most recent records before the Court (from September 2019) show that Plaintiff has more than $2,100 in his trust accounts. (ECF

1 | No. 29-2 at 2.) The records Plaintiff has produced of his assets are dated (from May 2019)
2 | and show that he had more than $5,000 in his trust accounts besides. (*See* ECF No. 30
3 | at 13-19.)

It is therefore ordered that Defendants' motion to revoke Plaintiff's IFP status (ECF No. 29) is granted.

It is further ordered that Plaintiff will have until November 15, 2019 to pay the complete filing fee. Failure to timely pay the filing fee will result in dismissal without prejudice. The current civil filing fee is $350 plus $50 administrative fee for a total of $400.

DATED THIS 16th day of October 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE