AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1227
E-mail: acnelson@ag.nv.gov

*Attorneys for Defendants
James Cox, James Dzurenda,
Michaela Garafalo, and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOUTHERN DESERT CORRECTIONAL CENTER, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-00232-MMD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED JOINT PRETIAL ORDER PURSUANT TO ECF NO. 118** |

　　　Plaintiff, Lausteveion Johnson, *pro se*, and Defendants, James Cox, James Dzurenda, Michaela Garafalo and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby agree and stipulate to extend the time to file the Proposed Joint Pretrial Order to January 13, 2023. The Joint Pretrial Order is currently due to be on December 30, 2022. (ECF No. 118.)

　　　This is the Parties' first joint request to extend the deadline. The Parties met and conferred on December 27, 2022. Undersigned counsel was recently assigned the matter and needs a brief extension to add Plaintiff's proposed modifications in the Proposed Joint Pretrial Order. Additionally, the Plaintiff and undersigned counsel need additional time to review the proposed modifications prior to filing the Proposed Joint Pretrial Order. The

Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 27 day of December, 2022.        DATED this 27th day of December, 2022.

                                                     AARON D. FORD
                                                     Attorney General

By: _____        By: /s/ Andrew C. Nelson
LASTEVEION JOHNSON                 ANDREW C. NELSON, Bar No. 15971
Plaintiff, in *pro se*             Deputy Attorney General
                                                     State of Nevada
                                                   100 N. Carson Street
                                                   Carson City, NV 89701-4717

                                                   *Attorneys for Defendants*
                                                   *James Cox, James Dzurenda,*
                                                   *Michaela Garafalo, and Brian Williams*

## ORDER

SO ORDERED. The Parties shall have until January 13, 2023 to file their Joint Pretrial Order.

Dated this 28th day of December, 2022.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE