AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*
*James Cox, James Dzurenda,*
*Michaela Garafalo, and Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>       Plaintiff,<br><br>vs.<br><br>SOUTHERN DESERT CC, et al.<br>       Defendants. | Case No.  2:19-cv-00232-MMD-DJA<br><br>**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

      Plaintiff, Lausteveion Johnson, by and through counsel, Reid Rubinstein & Bogatz, and Scott Bogatz and Micheal Kelley and Defendants, James Cox, James Dzurenda, Michaela Garafalo and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 16th day of October 2024.

REID RUBINSTEIN &BOGATZ

By: */s/ Michael Kelley*
SCOTT BOGATZ, Bar No. 3367
MICHAEL KELLEY Bar No. 10101
*Attorneys for Plaintiff*

DATED this 17th day of October, 2024.

DATED this 16th day of October 2024

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rand*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**DISTRICT COURT JUDGE**

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on October 16, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

> Reid Rubinstein &Bogatz
> 300 South Virginia Street, Suite 830
> Las Vegas, NV 89101
> sbogatz@rrblf.com
> mkelley@rrblf.com

An employee of the
Office of the Nevada Attorney General